NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELYSIUM HEALTH, INC.,**
*Appellant*

**v.**

**TRUSTEES OF DARTMOUTH COLLEGE,**
*Appellee*

---

2019-1630

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01795.

---

**JUDGMENT**

---

JEREMY YOUNKIN, Foley Hoag, Boston, MA, argued for appellant. Also represented by DONALD ROSS WARE, BRENDAN JONES.

JOHN LLOYD ABRAMIC, Steptoe & Johnson LLP, Chicago, IL, argued for appellee. Also represented by JAMIE LUCIA, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, PLAGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2020                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court